**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Orlando Division**

**OPTIMAL LOGISTICS LLC,** a dissolved Florida limited liability company, **MANIHONG "MANNY" M. PHANOUVONG,** a Florida resident, and **LILA V. PHANOUVONG**, a Florida resident,

    Plaintiffs,

v.

Case No.: _____

**AG PLUS EXPRESS LLC**, A Florida limited liability company, **MLK EXPRESS SERVICES LLC**, a Florida limited liability company, **FIRST LOGISTICS, LLC**, a Florida limited liability company, **D EXCELL LOGISTICS, LLC**, a Florida limited liability company, **A2Z LOGISTICS EXPRESS LLC,** a dissolved Florida limited liability company, **RENATO S. DIMAUNAHAN**, a Florida resident, **ORLANDO TIONGCO**, a Florida resident, **ARISTIDES GUEVARA**, a Florida resident, **ARLEEN GUEVARA**, a Florida resident, **RICHARD SCOTT**, a Florida resident, and **MARJORIE SCOTT**, a Florida resident,

    Defendants,
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1441 *et seq.* and 28 U.S.C. §1367, Defendants, **AG PLUS EXPRESS LLC**, **MLK EXPRESS SERVICES LLC**, **FIRST LOGISTICS, LLC**, **A2Z LOGISTICS EXPRESS LLC**, **D EXCELL LOGISTICS, LLC, RENATO S. DIMAUNAHAN**, **ORLANDO TIONGCO**, **ARISTIDES GUEVARA**, **ARLEEN GUEVARA**, **RICHARD SCOTT**, and **MARJORIE SCOTT** (collectively, the "Defendants"), hereby notices removal of the action styled **OPTIMAL LOGISTICS LLC, MANIHONG**

1

**"MANNY" M. PHANOUVONG,** and **LILA V. PHANOUVONG**, Plaintiffs, v. **AG PLUS EXPRESS, LLC**, et al., Case No. 2018-CA-012641-O, from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida (the "State Court Action") to the United States District Court for the Middle District of Florida. In support of this Notice of Removal, Defendants state as follows:

    1.    This action is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

    2.    Plaintiffs initiated the State Court Action on November 16, 2018 with the filing of its Complaint. *See* Complaint, attached as part of composite Exhibit A.

    3.    AG PLUS EXPRESS, LLC, MLK EXPRESS SERVICES, LLC, FIRST LOGISTICS, LLC, RICHARD SCOTT, A2Z LOGISTICS EXPRESS, LLC, MARJORIE SCOTT, ARLEEN GUEVARA, and ARISTIDES GUEVARA, were served with a Summons and the Complaint on or about December 1, 2018.

    4.    RENATO S. DIMAUNAHAN was served with a summons and the Complaint on or about December 3, 2018.

    5.    The remaining Defendants were served on or about December 11, 2018.

    6.    Pursuant to an agreement between the Plaintiffs and the Defendants, the deadline for all of the Defendants to serve a response to the Complaint is on Thursday, January 10, 2018.

    7.    Removal of this action is proper under 28 U.S.C. § 1446 because:

        a.    This Notice of Removal is being filed within thirty (30) days of service of the Complaint on Defendants;

        b.    This Notice of Removal is being filed within one (1) year of the commencement of the action;

    c. All Defendants who have been properly served join in the removal of the action;

    d. Defendants have not previously sought similar relief; and

    e. A copy of all process, pleadings, and orders served upon Defendants are attached as **Exhibit A**.

8. Pursuant to 28 U.S.C. §1331, the district court has original jurisdiction over this civil action as Count V of the Complaint alleges a violation of the Fair Labor Standards Act for recovery of alleged unpaid compensation, and Count VI of the Complaint alleges a violation of the Securities Act, 15 U.S.C. §77(q)(a). These allegations make this action removable on the face of the Complaint.

9. Pursuant to 28 U.S.C. §1367, since the district court has original jurisdiction, the district court has supplemental jurisdiction over all other claims in Plaintiffs' Complaint, as such claims form part of the same case or controversy under Article III. In particular, all claims brought by Plaintiffs arise from the same alleged facts related to Plaintiffs' participation in a business venture.

10. Accordingly, this Court is vested with federal question jurisdiction over this action and the case is properly removable under 28 U.S.C. §1441(a).

11. A true and correct copy of this Notice of Removal will be served upon all parties and the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, promptly after filing of this Notice, in accordance with the certificate set forth below and with the requirements of law.

12. This action may be removed to this Court by the Defendants in accordance with the provisions of 28 U.S.C. § 1441(a), which permits the removal of a case by a defendant to the

district court of the United States for the district and division embracing the place where the action is pending. This action was brought in the Circuit Court for Orange County, Florida, and is being removed to the District Court of the United States, Middle District of Florida, Orlando Division, being the district and division in which the action is pending.

13. Defendants reserve the right to amend or supplement this Notice of Removal.

Dated this 28th day of December, 2018.

> */s/ Jeffrey S. Elkins*
> **JEFFREY S. ELKINS, ESQ.**
> Florida Bar No.: 0043775
> jelkins@shutts.com
> **MICHAEL J. QUINN, ESQ.**
> Florida Bar No. 084587
> mquinn@shutts.com
> **SHUTTS & BOWEN LLP**
> 300 S. Orange Avenue, Suite 1600
> Orlando, FL  32801
> Telephone:  (407) 423-3200
> Facsimile:  (407) 849-7246
> *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the United States District Court for the Middle District of Florida, via the CM/ECF system, and was served via electronic mail and U.S. Mail on counsel for Plaintiffs:

MEEHLE & JAY P.A.
Suzanne Meehle, Esq.
1215 E. Concord Street
Orlando, Florida 32801
*Suzanne@meehle.com*

> */s/ Jeffrey S. Elkins*
> **JEFFREY S. ELKINS, ESQ.**